**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Right Way Auto Sales, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0830509 |

**4. Debtor's address**

**Principal place of business**

335 Turnpike Road
<br>Number        Street

Southborough          MA     01772
<br>City                          State       ZIP Code

Worcester County
<br>County

**Mailing address, if different from principal place of business**

9 Azalea Lane
<br>Number        Street

_____
<br>P.O. Box

Marlborough          MA     01752
<br>City                          State       ZIP Code

**Location of principal assets, if different from principal place of business**

_____
<br>Number        Street

_____
<br>City                          State       ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | rightwaytobuy.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　 District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

　　　 District _____ When _____
　　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　 Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number      Street

_____

_____
City        State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Right Way Auto Sales, Inc. | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/27/2020
MM / DD / YYYY

✖ /s/
_____
Signature of authorized representative of debtor

_____
Printed name

Title _____

**18. Signature of attorney**

✖ /s/ Patrick Groulx
_____
Signature of attorney for debtor

Date 02/27/2020
MM / DD / YYYY

Patrick Groulx
_____
Printed name

Isenberg Groulx, LLC
_____
Firm name

368 W Broadway Suite 3
_____
Number        Street

Boston
_____
City

MA
State

02127
ZIP Code

8578807889
_____
Contact phone

patrick@i-gllc.com
_____
Email address

637794
_____
Bar number

MA
State

| 15. **Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 27 / 2020
       MM / DD / YYYY

✖ _____     Vinicius Souza

Signature of authorized representative of debtor     Printed name

Title   President

---

| 18. **Signature of attorney** | ✖ _____    Date   2 / 27 / 2027 |
|---|---|

Signature of attorney for debtor                     MM / DD / YYYY

Patrick M. Groulx
Printed name

Isenberg Groulx, LLC
Firm name

368      W Broadway Suite 2
Number      Street

Boston            MA    02127
City                 State    ZIP Code

857-880-7889          patrick@i-gllc.com
Contact phone                Email address

673394             MA
Bar number            State

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................

   $ _____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................

   $ _____ 0.00

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................

   $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   +$ _____ 856,226.25

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 856,226.25

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citizens Bank | Checking | ___ ___ ___ ___ | $ Unknown |
| 3.2. | See continuation sheet | | | $ Unknown |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ........➔    $_____
                          face amount                doubtful or uncollectible accounts

11b. Over 90 days old:     _____  –  _____  = ........➔    $_____
                          face amount                doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

### Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                            % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                              $_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
    - ☑ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☐ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☑ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ −  _____  = ➔  $_____
                                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

    _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    GPS, Inc.
    _____                          $ Unknown

    **Nature of claim**    Breach of contract
                           _____

    **Amount requested**   $ 0.00
                           _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                          $_____

    **Nature of claim**    _____

    **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

    _____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____                          $_____
    _____                          $_____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

Debtor   Right Way Auto Sales, Inc.
_____     Case number (*if known*)_____
         Name

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ...............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 0.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.   0.00  ...................................................................................   $ 0.00

## <u>Continuation Sheet for Official Form 206 A/B</u>

**3) Checking, savings, money market, or financial brokerage accounts**

**Digital Federal Credit      Savings
Union**

**Balance: Unknown**

**Digital Federal Credit      Checking
Union**

**Balance: Unknown**

**Fill in this information to identify the case:**

Debtor name    Right Way Auto Sales, Inc.

United States Bankruptcy Court for the:   District of Massachusetts

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor    Right Way Auto Sales, Inc.

United States Bankruptcy Court for the:   District of Massachusetts

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
8x8 Inc
125 O'Neil Dr

San Jose, CA, 95131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Adesa Auto Auction
63 Western Ave

Framingham, MA, 01702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 1,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Antonio James Pizzonia
58 Oriole Rd

East Haddam, CT, 06423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 5,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Automotive Brake Warehouse
120 Central St

Hudson, MA, 01749

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 4,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Automotive Finance Corp
63 Western Ave

Framingham, MA, 01702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 30,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Avanza Capital
3974 Amboy Rd
#304
Staten Island, NY, 10308

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 26,825.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** **Nonpriority creditor's name and mailing address**

B-P Trucking
65 Nickerson Rd

Ashland, MA, 01721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.8** **Nonpriority creditor's name and mailing address**

Caine & Weiner
Po Box 55848

Sherman Oaks, CA, 91411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,854.00

---

**3.9** **Nonpriority creditor's name and mailing address**

Capital One
1680 Capital One Dr

Mclean, VA, 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,000.00

---

**3.10** **Nonpriority creditor's name and mailing address**

Capital One Bank Usa Na
P O Box 30281

Salt Lake City, UT, 84130-0281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,335.00

---

**3.11** **Nonpriority creditor's name and mailing address**

Carfax
5860 Trinity Pkwy

Centreville, VA, 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,000.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3. 12 Nonpriority creditor's name and mailing address**

Cargurus
2 Canal Park

Cambridge, MA, 02141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,000.00

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

---

**3. 13 Nonpriority creditor's name and mailing address**

Charter Communications
867 Grafton St

Worcester, MA, 01604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 800.00

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

---

**3. 14 Nonpriority creditor's name and mailing address**

Christopher T Cucinotto
78 Cedar St

Wakefield, MA, 01880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,998.00

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

---

**3. 15 Nonpriority creditor's name and mailing address**

Citizens Bank
One Citizens Plaza

Providence, RI, 02903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

---

**3. 16 Nonpriority creditor's name and mailing address**

Corelogic Credco
10277 Scripps Ranch Blvd

San Diego, CA, 92131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,000.00

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| --- | --- | --- |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

---

| Debtor | Right Way Auto Sales, Inc. | Case number (if known) _____ |
|--------|---------------------------|--------------------------------|
|        | Name                      |                                |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **17**   **Nonpriority creditor's name and mailing address**

Credit One Bank
Po Box 98872

Las Vegas, NV, 89193-8872

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** **18**   **Nonpriority creditor's name and mailing address**

Daniel Lopes
231 Elm St

Everett, MA, 02149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,998.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** **19**   **Nonpriority creditor's name and mailing address**

David Gihun So
1b Glen St

Framingham, MA, 01702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,085.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** **20**   **Nonpriority creditor's name and mailing address**

Debra L Cartier
205 North Road

Sandown, NH, 03873

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,035.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** **21**   **Nonpriority creditor's name and mailing address**

Digital Federal Credit Union
220 Donald Lynch Blvd

Marlborough, MA, 01752

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 56,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Right Way Auto Sales, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Digital Federal Credit Union (Dcu)
220 Donald Lynch Blvd

Marlborough, MA, 01752

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22,801.00

---

**3.23** Nonpriority creditor's name and mailing address

Elbert C Johnson
7 Thatcher St

Hyde Park, MA, 02136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,738.00

---

**3.24** Nonpriority creditor's name and mailing address

Eversource
800 Boylston St

Boston, MA, 02199

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,314.00

---

**3.25** Nonpriority creditor's name and mailing address

Farmers Insurance Fcu
4601 Wilshire Blvd

Los Angeles, CA, 90010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,000.00

---

**3.26** Nonpriority creditor's name and mailing address

Ford Molin
1288 N Main St

Randolph, MA, 02368

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,000.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 27  **Nonpriority creditor's name and mailing address**

Frank Leung
10 Lanewood Ave

Framingham, MA, 01701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 15,307.00

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Frazer Computing
6196 US-11

Canton, NY, 13617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,000.00

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Gail Jean Matot
5 Underwood Cir

Lincoln, MA, 01773

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 12,155.00

---

**3.** 30  **Nonpriority creditor's name and mailing address**

Gregg Kusumah-Atmadja
1275 Ridge Rd

Fitchburg, MA, 01420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,998.00

---

**3.** 31  **Nonpriority creditor's name and mailing address**

Guillermo Ramos
37 Melvin Ave

Lynn, MA, 01902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,798.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32 **Nonpriority creditor's name and mailing address**

Gustavo Guerrero
12 Bennett Circle
#1
Lynn, MA, 01905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,500.00

---

**3.** 33 **Nonpriority creditor's name and mailing address**

Heartland Payment Systems
3932 S Blvd

Edmond, OK, 73013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.** 34 **Nonpriority creditor's name and mailing address**

Heather S Marks
233 Bullocks Point Ave Front

East Providence, RI, 02915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,900.00

---

**3.** 35 **Nonpriority creditor's name and mailing address**

Hugh Robert Lincoln
27 Bristol St
Unit 1
New London, CT, 06320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,500.00

---

**3.** 36 **Nonpriority creditor's name and mailing address**

Ivelys Fuentes
23 Twinehurt Pl

Southbridge, MA, 01550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,500.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

James E Grumbach
7 Winthrop Rd

Wayland, MA, 01778

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,998.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Jennifer White And Kenneth White
93 Rattlesnake Hill Rd

Andover, MA, 01810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,651.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Jonathan Seethaler
34 Bellingham Rd

Blackstone, MA, 01504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11,290.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Kabbage Inc
925b Peachtree St NE
Suite 1688
Atlanta, GA, 30309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Karen L Phillips
6 Edson Ave

Rutland, MA, 01543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,998.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 42** **Nonpriority creditor's name and mailing address**

Katakyie P Sarpong
45 Loxwood St

Worcester, MA, 01604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,399.00

---

**3. 43** **Nonpriority creditor's name and mailing address**

Kathi A Valle
286 Chad Brown St
Apt H
Providence, RI, 02908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,798.00

---

**3. 44** **Nonpriority creditor's name and mailing address**

Kimberly Jane Haugli
22 Birch Brush Rd

Shrewsbury, MA, 01545

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,655.00

---

**3. 45** **Nonpriority creditor's name and mailing address**

Laura T Duvall
144 Linden St
Unit 2
Wellesley, MA, 02482

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,998.00

---

**3. 46** **Nonpriority creditor's name and mailing address**

Lending Club Corporation
595 Market Street Suite 400

San Francisco, CA, 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 35,789.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.47** **Nonpriority creditor's name and mailing address**

Luis F Dannenfels
22 Marychris Dr

Hudson, MA, 01749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,998.00

---

**3.48** **Nonpriority creditor's name and mailing address**

Lynnway Auto Auction
400 Charter Way

North Billerica, MA, 01862

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 500.00

---

**3.49** **Nonpriority creditor's name and mailing address**

Maksym Rusnak And Viktoriia Zybailo
1620 Worcester Rd
248b
Framingham, MA, 01702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 14,005.00

---

**3.50** **Nonpriority creditor's name and mailing address**

Mariah Catherine Rae
70 Pole Bridge Rd

Woodstock, CT, 06281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,698.00

---

**3.51** **Nonpriority creditor's name and mailing address**

Mark A Joseph
7 Carter St

Berlin, MA, 01503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,500.00

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

Mark B Perkins
20 High St

Woodstock, VT, 05091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 21,280.00

---

**3.53  Nonpriority creditor's name and mailing address**

Matthew Brown
28 Sibley Road

Winchendon, MA, 01475

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.54  Nonpriority creditor's name and mailing address**

Middlesex Petroleum
223 Arlington St

Framingham, MA, 01702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,000.00

---

**3.55  Nonpriority creditor's name and mailing address**

Nancy A Miller
266 Farm St

Bellingham, MA, 02019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 16,309.00

---

**3.56  Nonpriority creditor's name and mailing address**

National Grid
40 Sylvan St

Waltham, MA, 02451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 4,000.00

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Nextgear Capital
11799 North College Ave

Carmel, IN, 46032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 250,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Parveen Mohindru
6 Canfield St

Westborough, MA, 01581

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,998.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Patrick William Murphy And Jeffrey Murphy
28 Forest St

Malden, MA, 02148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,998.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Paul Fernandez
6 Mabelle St

Worcester, MA, 01602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Peter J Nute
67 Main Circle

Shrewsbury, MA, 01545

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 25,941.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** Nonpriority creditor's name and mailing address

Phaektra Im
160 Smith St
Apt 2
Lowell, MA, 01851

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 871.25

---

**3.63** Nonpriority creditor's name and mailing address

PHMG
401 N Michigan Ave
Suite 2550 Equitable Bldg
Chicago, IL, 60611

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 3,000.00

---

**3.64** Nonpriority creditor's name and mailing address

Remigio F Pellon
97 New Boston Rd

Dudley, MA, 01571

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 869.00

---

**3.65** Nonpriority creditor's name and mailing address

Richard George Jenks Jr
2 Woodcrest Dr

Queensbury, NY, 12804

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 2,798.00

---

**3.66** Nonpriority creditor's name and mailing address

Rivergate Capital Funding
1200 51st Street
Suite 190410
Brooklyn, NY, 11219

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 36,250.00

| Debtor | Right Way Auto Sales, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** **Nonpriority creditor's name and mailing address**

Rockland Federal Credit
241 Union St

Rockland, MA, 02370

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.68** **Nonpriority creditor's name and mailing address**

Roxanne Gonzalez
1 Morse Ct
Apt 2
Worcester, MA, 01603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,500.00

---

**3.69** **Nonpriority creditor's name and mailing address**

Rujan Koirala
61 Fairhaven Rd

Worcester, MA, 01606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 652.00

---

**3.70** **Nonpriority creditor's name and mailing address**

Scarlette M Mcgee
68a Taralli Terrace

Framingham, MA, 01702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,798.00

---

**3.71** **Nonpriority creditor's name and mailing address**

Snap-on Incorporated
2801 80th Street

Kenosha, WI, 53143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,000.00

---

| Debtor | Right Way Auto Sales, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 72   **Nonpriority creditor's name and mailing address**

Suk Kam Lam Ho
4 Canavan Dr

Randolph, MA, 02368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 9,960.00

---

**3.** 73   **Nonpriority creditor's name and mailing address**

Syncb/Care Credit
PO Box 965036

Orlando, FL, 32896-5036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ Unknown

---

**3.** 74   **Nonpriority creditor's name and mailing address**

Tara E Cormier
86 Farmington Circle

Marlborough, MA, 01752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 1,998.00

---

**3.** 75   **Nonpriority creditor's name and mailing address**

Terrence M Slattery Jr
48 Myrtle St East

Weymouth, MA, 02189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 1,998.00

---

**3.** 76   **Nonpriority creditor's name and mailing address**

Town Fair Tire
460 Coe Ave

East Haven, CT, 06512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 5,000.00

---

| Debtor | Right Way Auto Sales, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** **Nonpriority creditor's name and mailing address**

TVT Capital LLC
30 Wall St
Ste 801
New York, NY, 10005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,350.00

---

**3.78** **Nonpriority creditor's name and mailing address**

Unifirst
8 Industrial Park Dr

Nashua, NH, 03062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

---

**3.79** **Nonpriority creditor's name and mailing address**

Utica Mutual Insurance
201 Edgewater Dr #295

Wakefield, MA, 01880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

---

**3.80** **Nonpriority creditor's name and mailing address**

Vauto
2221 Camden Court

Oak Brook, IL, 60523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

---

**3.81** **Nonpriority creditor's name and mailing address**

Vijay K Nambiar
15 Rocklawn Rd

Westborough, MA, 01581

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,200.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 82  **Nonpriority creditor's name and mailing address**

Wynee Francisco
203 Bruce St
Apt 2
Lawrence, MA, 01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,678.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

---

**3.** 83  **Nonpriority creditor's name and mailing address**

Zachary Philip Nardi
5 Prospect Rd

Mattapoisett, MA, 02739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,460.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 856,226.25 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 856,226.25 |

Debtor name    Right Way Auto Sales, Inc.

United States Bankruptcy Court for the:    District of Massachusetts

Case number (If known):                                    Chapter    7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

■ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Zachary Philip Nardi | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 <br><br>Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Wynee Francisco | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 <br><br>Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Vijay K Nambiar | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 <br><br>Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Vauto | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 <br><br>Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Utica Mutual Insurance | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 <br><br>Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Unifirst | ☐ D<br>☑ E/F<br>☐ G |

## ◼ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Town Fair Tire | ☐ D<br>☒ E/F<br>☐ G |
| 2.8 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Terrence M Slattery Jr | ☐ D<br>☒ E/F<br>☐ G |
| 2.9 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Tara E Cormier | ☐ D<br>☒ E/F<br>☐ G |
| 2.10 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | TVT Capital LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.11 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Syncb/Care Credit | ☐ D<br>☒ E/F<br>☐ G |
| 2.12 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Suk Kam Lam Ho | ☐ D<br>☒ E/F<br>☐ G |
| 2.13 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Snap-on Incorporated | ☐ D<br>☒ E/F<br>☐ G |
| 2.14 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Rujan Koirala | ☐ D<br>☒ E/F<br>☐ G |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Rockland Federal Credit | ☐ D ☑ E/F ☐ G |
| 2.16 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Rivergate Capital Funding | ☐ D ☑ E/F ☐ G |
| 2.17 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Richard George Jenks Jr | ☐ D ☑ E/F ☐ G |
| 2.18 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Remigio F Pellon | ☐ D ☑ E/F ☐ G |
| 2.19 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Phaektra Im | ☐ D ☑ E/F ☐ G |
| 2.20 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Peter J Nute | ☐ D ☑ E/F ☐ G |
| 2.21 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Paul Fernandez | ☐ D ☑ E/F ☐ G |
| 2.22 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Patrick William Murphy Ar | ☐ D ☑ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.23 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Parveen Mohindru | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | PHMG | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Nextgear Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.26 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | National Grid | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Nancy A Miller | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Middlesex Petroleum | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Matthew Brown | ☐ D<br>☑ E/F<br>☐ G |
| 2.30 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Mark B Perkins | ☐ D<br>☑ E/F<br>☐ G |

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Mark A Joseph | ☐ D<br>☑ E/F<br>☐ G |
| 2.32 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Mariah Catherine Rae | ☐ D<br>☑ E/F<br>☐ G |
| 2.33 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Maksym Rusnak And Vikt | ☐ D<br>☑ E/F<br>☐ G |
| 2.34 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Lynnway Auto Auction | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Luis F Dannenfels | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Lending Club Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Laura T Duvall | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Kimberly Jane Haugli | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**39** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Kathi A Valle | ☐ D<br>☑ E/F<br>☐ G |
| 2.**40** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Katakyie P Sarpong | ☐ D<br>☑ E/F<br>☐ G |
| 2.**41** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Karen L Phillips | ☐ D<br>☑ E/F<br>☐ G |
| 2.**42** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Kabbage Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.**43** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Jonathan Seethaler | ☐ D<br>☑ E/F<br>☐ G |
| 2.**44** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Jennifer White And Kenne | ☐ D<br>☑ E/F<br>☐ G |
| 2.**45** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | James E Grumbach | ☐ D<br>☑ E/F<br>☐ G |
| 2.**46** Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Ivelys Fuentes | ☐ D<br>☑ E/F<br>☐ G |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Hugh Robert Lincoln | ☐ D ☑ E/F ☐ G |
| 2.48 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Heather S Marks | ☐ D ☑ E/F ☐ G |
| 2.49 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Gustavo Guerrero | ☐ D ☑ E/F ☐ G |
| 2.50 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Heartland Payment Syste | ☐ D ☑ E/F ☐ G |
| 2.51 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Guillermo Ramos | ☐ D ☑ E/F ☐ G |
| 2.52 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Gregg Kusumah-Atmadja | ☐ D ☑ E/F ☐ G |
| 2.53 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Gail Jean Matot | ☐ D ☑ E/F ☐ G |
| 2.54 Vinicius Souza | Vinicius Souza 9 Azalea Lane Marlborough, MA 01752 | Frazer Computing | ☐ D ☑ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.55 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Frank Leung | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Ford Molin | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Farmers Insurance Fcu | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Eversource | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Elbert C Johnson | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Digital Federal Credit Unio | ☐ D<br>☑ E/F<br>☐ G |
| 2.61 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Debra L Cartier | ☐ D<br>☑ E/F<br>☐ G |
| 2.62 | Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | David Gihun So | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.63 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Daniel Lopes | ☐ D<br>☑ E/F<br>☐ G |
| 2.64 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Corelogic Credco | ☐ D<br>☑ E/F<br>☐ G |
| 2.65 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Citizens Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.66 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Christopher T Cucinotto | ☐ D<br>☑ E/F<br>☐ G |
| 2.67 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Charter Communications | ☐ D<br>☑ E/F<br>☐ G |
| 2.68 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Cargurus | ☐ D<br>☑ E/F<br>☐ G |
| 2.69 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Carfax | ☐ D<br>☑ E/F<br>☐ G |
| 2.70 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Capital One | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Right Way Auto Sales, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.71 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | B-P Trucking | ☐ D<br>☑ E/F<br>☐ G |
| 2.72 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Avanza Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.73 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Automotive Finance Corp | ☐ D<br>☑ E/F<br>☐ G |
| 2.74 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Automotive Brake Wareho | ☐ D<br>☑ E/F<br>☐ G |
| 2.75 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Antonio James Pizzonia | ☐ D<br>☑ E/F<br>☐ G |
| 2.76 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | Adesa Auto Auction | ☐ D<br>☑ E/F<br>☐ G |
| 2.77 Vinicius Souza | Vinicius Souza<br>9 Azalea Lane<br>Marlborough, MA 01752 | 8x8 Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to      Filing date | ☐ Operating a business<br>☐ Other | $_____ 0.00 |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ 0.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ 0.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to      Filing date | _____ | $_____ 0.00 |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ 0.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ 0.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br><br>_____<br><br>_____ | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br><br>_____<br><br>_____ | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ Case number _____ | | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. _____ Case number _____ | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** _____ | **Court name and address** _____ Name |
| | **Case number** _____ | |
| | **Date of order or assignment** _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |
| 9.2. | _____ Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

### Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Citizens Bank <br> Name | XXXX–_____ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 05/01/2019 | $ Unknown |
| 18.2. | Digital Federal Credit Union <br> Name | XXXX–_____ | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 05/01/2019 | $ Unknown |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ☐ No <br> ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ☐ No <br> ☐ Yes |
| Address | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____<br>Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____<br>Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Ken Der<br>Name<br>1661 Worcester Road Suite 104, Framingham, MA | From 01/01/2018<br>To 04/01/2019 |
| 26a.2. <br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br>Name | From _____<br>To _____ |
| 26b.2. <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Vinicius Souza<br>Name | Books were not regularly kept |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vinicius Souza | 9 Azalea Lane, Marlborough, MA 01752 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor<br>_____ | | _____ | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/27/2020

        MM / DD / YYYY

✖ /s/   Vinicius D. Souza     Printed name   Vinicius D. Souza

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

## Continuation Sheet for Official Form 207

**18) Closed financial accounts**

**Digital Federal Credit**        **,**                              $0.00
**Union**

United States Bankruptcy Court

District of Massachusetts

In re: Right Way Auto Sales, Inc.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____02/27/2020_____

/s/  Vinicius D. Souza
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

8x8 Inc
125 O'Neil Dr
San Jose, CA 95131

Adesa Auto Auction
63 Western Ave
Framingham, MA 01702

Antonio James Pizzonia
58 Oriole Rd
East Haddam, CT 06423

Automotive Brake Warehouse
120 Central St
Hudson, MA 01749

Automotive Finance Corp
63 Western Ave
Framingham, MA 01702

Avanza Capital
3974 Amboy Rd
Staten Island, NY 10308

B-P Trucking
65 Nickerson Rd
Ashland, MA 01721

Caine & Weiner
Po Box 55848
Sherman Oaks, CA 91411

Capital One
1680 Capital One Dr
Mclean, VA 22102

Capital One Bank Usa Na
P O Box 30281
Salt Lake City, UT 84130-0281

Carfax
5860 Trinity Pkwy
Centreville, VA 20120

Cargurus
2 Canal Park
Cambridge, MA 02141

Charter Communications
867 Grafton St
Worcester, MA 01604

Christopher T Cucinotto
78 Cedar St
Wakefield, MA 01880

Citizens Bank
One Citizens Plaza
Providence, RI 02903

Corelogic Credco
10277 Scripps Ranch Blvd
San Diego, CA 92131

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Daniel Lopes
231 Elm St
Everett, MA 02149

David Gihun So
1b Glen St
Framingham, MA 01702

Debra L Cartier
205 North Road
Sandown, NH 03873

Digital Federal Credit Union
Marlborough, MA 01752

Digital Federal Credit Union (Dcu)
220 Donald Lynch Blvd
Marlborough, MA 01752

Elbert C Johnson
7 Thatcher St
Hyde Park, MA 02136

Eversource
800 Boylston St
Boston, MA 02199

Farmers Insurance Fcu
4601 Wilshire Blvd
Los Angeles, CA 90010

Ford Molin
1288 N Main St
Randolph, MA 02368

Frank Leung
10 Lanewood Ave
Framingham, MA 01701

Frazer Computing
6196 US-11
Canton, NY 13617

Gail Jean Matot
5 Underwood Cir
Lincoln, MA 01773

Gregg Kusumah-Atmadja
1275 Ridge Rd
Fitchburg, MA 01420

Guillermo Ramos
37 Melvin Ave
Lynn, MA 01902

Gustavo Guerrero
12 Bennett Circle
Lynn, MA 01905

Heartland Payment Systems
3932 S Blvd
Edmond, OK 73013

Heather S Marks
233 Bullocks Point Ave Front
East Providence, RI 02915

Hugh Robert Lincoln
27 Bristol St
Unit 1
New London, CT 06320

Ivelys Fuentes
23 Twinehurt Pl
Southbridge, MA 01550

James E Grumbach
7 Winthrop Rd
Wayland, MA 01778

Jennifer White And Kenneth White
93 Rattlesnake Hill Rd
Andover, MA 01810

Jonathan Seethaler
34 Bellingham Rd
Blackstone, MA 01504

Kabbage Inc
925b Peachtree St NE
Suite 1688
Atlanta, GA 30309

Karen L Phillips
6 Edson Ave
Rutland, MA 01543

Katakyie P Sarpong
45 Loxwood St
Worcester, MA 01604

Kathi A Valle
286 Chad Brown St
Apt H
Providence, RI 02908

Kimberly Jane Haugli
22 Birch Brush Rd
Shrewsbury, MA 01545

Laura T Duvall
144 Linden St
Unit 2
Wellesley, MA 02482

Lending Club Corporation
595 Market Street Suite 400
San Francisco, CA 94105

Luis F Dannenfels
22 Marychris Dr
Hudson, MA 01749

Lynnway Auto Auction
400 Charter Way
North Billerica, MA 01862

Maksym Rusnak And Viktoriia Zybailo
1620 Worcester Rd
248b
Framingham, MA 01702

Mariah Catherine Rae
70 Pole Bridge Rd
Woodstock, CT 06281

Mark A Joseph
7 Carter St
Berlin, MA 01503

Mark B Perkins
20 High St
Woodstock, VT 05091

Matthew Brown
28 Sibley Road
Winchendon, MA 01475

Middlesex Petroleum
223 Arlington St
Framingham, MA 01702

Nancy A Miller
266 Farm St
Bellingham, MA 02019

National Grid
40 Sylvan St
Waltham, MA 02451

Nextgear Capital
11799 North College Ave
Carmel, IN 46032

Parveen Mohindru
6 Canfield St
Westborough, MA 01581

Patrick William Murphy And Jeffrey Murphy
28 Forest St
Malden, MA 02148

Paul Fernandez
6 Mabelle St
Worcester, MA 01602

Peter J Nute
67 Main Circle
Shrewsbury, MA 01545

Phaektra Im
160 Smith St
Apt 2
Lowell, MA 01851

PHMG
401 N Michigan Ave
Suite 2550 Equitable Bldg
Chicago, IL 60611

Remigio F Pellon
97 New Boston Rd
Dudley, MA 01571

Richard George Jenks Jr
2 Woodcrest Dr
Queensbury, NY 12804

Rivergate Capital Funding
1200 51st Street
Suite 190410
Brooklyn, NY 11219

Rockland Federal Credit
241 Union St
Rockland, MA 02370

Roxanne Gonzalez
1 Morse Ct
Apt 2
Worcester, MA 01603

Rujan Koirala
61 Fairhaven Rd
Worcester, MA 01606

Scarlette M Mcgee
68a Taralli Terrace
Framingham, MA 01702

Snap-on Incorporated
2801 80th Street
Kenosha, WI 53143

Suk Kam Lam Ho
4 Canavan Dr
Randolph, MA 02368

Syncb/Care Credit
PO Box 965036
Orlando, FL 32896-5036

Tara E Cormier
86 Farmington Circle
Marlborough, MA 01752


Terrence M Slattery Jr
48 Myrtle St East
Weymouth, MA 02189


Town Fair Tire
460 Coe Ave
East Haven, CT 06512


TVT Capital LLC
30 Wall St
Ste 801
New York, NY 10005


Unifirst
8 Industrial Park Dr
Nashua, NH 03062


Utica Mutual Insurance
201 Edgewater Dr #295
Wakefield, MA 01880


Vauto
2221 Camden Court
Oak Brook, IL 60523


Vijay K Nambiar
15 Rocklawn Rd
Westborough, MA 01581


Vinicius Souza
9 Azalea Lane
Marlborough, MA 01752


Wynee Francisco
203 Bruce St
Apt 2
Lawrence, MA 01841


Zachary Philip Nardi
5 Prospect Rd
Mattapoisett, MA 02739

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Right Way Auto Sales, Inc.
_____  Chapter  $\underline{\quad 7 \qquad\qquad}$

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Vinicius Souza 9 Azalea Lane, Marlborough, MA 01752 | 100 | |

Debtor Name ___Right Way Auto Sales, Inc._____

United States Bankruptcy Court for the: ___District of Massachusetts____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/27/2020___          ✗ /s/  Vinicius D. Souza
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                         Vinicius D. Souza
                         Printed name

                         President
                         Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: Right Way Auto Sales, Inc.

Case No.

Debtor(s).

## PROOF OF AUTHORITY TO SIGN AND FILE PETITION

I, Vinicius Souza, declare under penalty of perjury that I am the President of Right Way Auto Sales, Inc., a Massachusetts corporation and that on February 27, 2020, the following resolution was duly adopted by the ~~[insert title]~~ *President* of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Vinicius Souza, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 ~~[insert chapter]~~ voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Vinicius Souza, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Vinicius Souza, President of this corporation, is authorized and directed to employ Joseph Spinale, Esq., of Chambers Law Office and Patrick M. Groulx, Esq., of Isenberg Groulx, LLC to represent the corporation in such bankruptcy case."

Executed on: February 27, 2020          Signed: _____

Vincius Souza, President
Right Way Auto Sales, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re  Right Way Auto Sales, Inc.                                    Case No.

                                                                              Chapter  **7**

                              Debtor

**DECLARATION RE: ELECTRONIC FILING**

**PART I - DECLARATION**

        I[We]___Vinicius Souza, President, Right Way Auto Sales, Inc.___ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my **Voluntary Petition**_____ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.   I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

        I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 2/27/2020                              _____

                                                             (Affiant)


                                                             _____

                                                             (Joint Affiant)


**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

        I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.


Dated: 2/27/2020

                              Signed: /s/ Patrick M. Groulx
                              (Attorney for Affiant - /s/used by Registered ECF Users Only)